

**Matthew R. King**
317.237.3827 (t)
317.237.3900 (f)
mking@fbtlaw.com

May 18, 2018

**VIA ECF FILING**

The Honorable J. Leon Holmes
United States District Judge
500 West Capitol Avenue, Room D469
Little Rock, AR 72201

Re: Stovall v. Mack Trucks, et al.; Case # 4:16-CV-00713

Dear Judge Holmes:

We are writing on behalf of our client Indiana Mills and Manufacturing, Inc. ("IMMI") in response to the May 17, 2018 letter from Plaintiff's counsel Tab Turner to the Court regarding the shipping of the evidence (Dkt. 129).

After reading Mr. Turner's letter, from my client's perspective, I believe this dispute is resolved. I advised Mr. Turner of this via email earlier today. A copy of that email is attached to this letter.

Sincerely,

FROST BROWN TODD LLC

*s/Matthew R. King*

Matthew R. King

MRK

Cc: All counsel of record (via ECF)

LR11655.0650124  4832-1013-5654v1

201 N. Illinois Street, Suite 1900 | P.O. Box 44961 | Indianapolis, IN 46244-0961 | 317.237.3800 | **frostbrowntodd.com**
*Overnight delivery use zip code 46204*
Offices in Indiana, Kentucky, Ohio, Pennsylvania, Tennessee, Texas, Virginia and West Virginia

# King, Matthew R.

| | |
|---|---|
| **From:** | King, Matthew R. |
| **Sent:** | Friday, May 18, 2018 12:12 PM |
| **To:** | Tab Turner; Reed, Charles; Brannen, Frank; James (Jim) M. Simpson |
| **Cc:** | William Miller |
| **Subject:** | RE: Stovall (shipping belt via FedEx) |
| | |
| **Categories:** | IMMI |

Tab:  Unfortunately, I simply wasn't able to respond yesterday to this issue. I saw your letter to the Judge. That's fine, though it may have been premature. I say that because I didn't know you had agreed to letting us get it from SAFE's facility once they had it (not that you said you wouldn't, but we hadn't resolved that issue). I remembered the last time we communicated on that point that you said we could discuss moving it, which to me didn't sound like a sure thing. If I remembered wrong, then that's on me. Regardless, now that I understand that you are agreeable to letting us ship it to our expert's shop once your guys are done (and, as you mentioned before, with protocols agreed to for any exam/testing/etc.), I think our dispute is resolved.

Thanks,
Matt

**Matthew R. King**
**Attorney at Law | Frost Brown Todd LLC**
317.237.3827  Direct
317.372.8087  Mobile

mking@fbtlaw.com

---

**From:** Tab Turner <tab@tturner.com>
**Sent:** Wednesday, May 16, 2018 5:28 PM
**To:** King, Matthew R. <mking@fbtlaw.com>; Reed, Charles <Chuck.Reed@lewisbrisbois.com>; Brannen, Frank <Frank.Brannen@lewisbrisbois.com>; James (Jim) M. Simpson <Simpson@fridayfirm.com>
**Cc:** William Miller <William@tturner.com>
**Subject:** RE: Stovall (shipping belt via FedEx)

The purpose of the email was to get consent to ship, which by definition means we all accept the risk that federal express loses the evidence. I wouldn't need your consent if I was personally accepting the risk. I would have simply sent it.

I will make this suggestion:

We either (a) all accept the risk and I ship it or (b) I can write Judge Holmes, explain the situation to him, and request his permission to ship it without risk to me personally.

Which does everyone prefer, a or b?

**Tab Turner**
**TURNER & ASSOCIATES, P.A.**

Case 4:16-cv-00713-JLH   Document 131   Filed 05/18/18   Page 3 of 4



**From:** King, Matthew R. <mking@fbtlaw.com>
**Sent:** Wednesday, May 16, 2018 4:13 PM
**To:** Tab Turner <tab@tturner.com>; Reed, Charles <Chuck.Reed@lewisbrisbois.com>; Brannen, Frank <Frank.Brannen@lewisbrisbois.com>; James (Jim) M. Simpson <Simpson@fridayfirm.com>
**Cc:** William Miller <William@tturner.com>
**Subject:** RE: Stovall (shipping belt via FedEx)

We don't have an objection to you shipping via FedEx, assuming you accept the risk of loss of evidence during shipment and the consequences that flow from such loss.

**Matthew R. King**
**Attorney at Law | Frost Brown Todd LLC**

317.237.3827   Direct
317.372.8087   Mobile

mking@fbtlaw.com

**From:** Tab Turner <tab@tturner.com>
**Sent:** Wednesday, May 16, 2018 4:20 PM
**To:** King, Matthew R. <mking@fbtlaw.com>; Reed, Charles <Chuck.Reed@lewisbrisbois.com>; Brannen, Frank <Frank.Brannen@lewisbrisbois.com>; James (Jim) M. Simpson <Simpson@fridayfirm.com>
**Cc:** William Miller <William@tturner.com>
**Subject:** Stovall

Group-
Given that time is of the essence, I propose that we ship the removed belt to Mr. Meyer's office in Santa Barbara rather than wait for him to come here next or for one of my staff going there. Do any of you have objection to fed ex (with tracking) of the removed belt?

Until we all agree on a protocol for examinations, there won't be any inspections carried out. I will circulate something today or tomorrow morning for your thoughts.

Let me know as quickly as possible whether anyone objects to shipping fed express.

Thanks

**Tab Turner**
**TURNER & ASSOCIATES**, P.A.



2

NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver it to the named addressee). It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email or by calling Frost Brown Todd LLC at (513) 651-6800 (collect), so that our address record can be corrected.