## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

| | |
|---|---|
| BURRIS RICHARD STOVALL, as Guardian of RICHARD JOSHUA STOVALL, an Incapacitated Adult,<br><br>        Plaintiff,<br><br>   v.<br><br>MACK TRUCKS, INC.; INDIANA MILLS & MANUFACTURING, INC.; JOHN DOES 1-10,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:16-cv-00713-JLH |

## **MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

Jennifer L. Schuster, of the law firm of Frost Brown Todd LLC, moves the Court for leave to withdraw her appearance previously entered on behalf of Defendant Indiana Mills & Manufacturing, Inc. in the above-captioned cause of action. Defendant Indiana Mills & Manufacturing, Inc. will continue to be represented by Matthew R. King, James M. Simpson, and Martin A. Kasten.

                                              Respectfully submitted,

                                              */s/ Jennifer L. Schuster*
                                              Matthew R. King (*pro hac vice*)
                                              Jennifer L. Schuster (*pro hac vice*)
                                              FROST BROWN TODD LLC
                                              James M. Simpson
                                              Martin A. Kasten
                                              FRIDAY, ELDREDGE & CLARK

                                              Attorneys for Indiana Mills & Manufacturing, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August, 2018 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| J. Ray Baxter<br>James R. Baxter<br>The Baxter Law Firm<br>3115 Alcoa Road<br>Benton, AR  72015<br><br>*Attorneys for Plaintiff* | Clyde Tab Turner<br>Jerry M. White<br>Damon C. Singleton<br>Turner & Associates, P.A.<br>4705 Somers Ave., Suite 100<br>North Little Rock, AR 72116<br><br>*Attorneys for Plaintiff* |

Edwin L. Lowther, Jr.
WRIGHT, LINDSEY & JENNINGS, LLP
200 W. Capitol Ave., Suite 2300
Little Rock, AR  72201

Charles K. Reed (*pro hac vice*)
Franklin P. Brannen, Jr. (*pro hac vice*)
Lewis Brisbois Bisgaard & Smith LLP
1180 Peachtree St., NE, Suite 2900
Atlanta, GA  30309

*Attorneys for Mack Trucks, Inc.*

                                                          */s/ Jennifer L. Schuster*
                                                          Jennifer L. Schuster

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
P: 317-237-3800
F: 317-237-3900
mking@fbtlaw.com

LR11655.0650124   4823-2141-1184v1