UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BURRIS RICHARD STOVALL as Guardian of**
**RICHARD JOSHUA STOVALL, an Incapacitated Adult**             **PLAINTIFF**

**VS.**                **CASE NO. 4:16-CV-00713-JLH**

**MACK TRUCKS, INC., VOLVO GROUP**
**NORTH AMERICA, LLC, INDIANA MILLS &**
**MANUFACTURING, INC., JOHN DOES 1-10**                        **DEFENDANTS**

### REVISED NOTICE OF DEPOSITION

TO:   Cole Matthews
      101 Ebony Street
      Hot Springs, AR  71913-9177

NOTICE is hereby given that on Thursday, September 13, 2018, beginning at 10:00 a.m. in the offices of Friday, Eldredge & Clark, 400 West Capitol Avenue, Suite 2100, Little Rock, Arkansas 72201, the attorneys for Defendants Indiana Mills & Manufacturing, Inc. will take the deposition of Cole Matthews on oral examination before a certified court reporter.  Defendant also reserves the right to video the deposition as well.  This deposition will continue until concluded.

This deposition is being taken in accordance with applicable rules and will be subject to use as evidence at trial.

Respectfully submitted,

James M. Simpson, Ark. Bar No. 77125
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol, Suite 2000
Little Rock, AR 72201-3522
501-370-1520 - Telephone
501-376-2147 - Facsimile
simpson@fridayfirm.com - Email

by: _____
    James M. Simpson

**CERTIFICATE OF SERVICE**

I, James M. Simpson, do hereby certify that a copy of the foregoing has been served upon the following counsel of record this 30th day of August, 2018:

Clyde Tab Turner
Jerry M. White
Damon C. Singleton
Turner & Associates, P.A.
4705 Somers Ave., Suite 100
North Little Rock, AR 72116
tab@tturner.com

J. Ray Baxter
James R. Baxter
The Baxter Law Firm
3115 Alcoa Road
Benton, AR 72015
raybaxterpa@gmail.com

Edwin L. Lowther, Jr.
WRIGHT, LINDSEY & JENNINGS, LLP
200 W. Capitol Ave., Suite 2300
Little Rock, AR 72201
elowther@wlj.com

Franklin P. Brannen, Jr.
Chuck Reed
Lewis Brisbois Bisgaard & Smith LLP
1180 Peachtree St., NE, Suite 2900
Atlanta, GA 30309
frank.brannen@lewisbrisbois.com
chuck.reed@lewisbrisbois.com

_____
James M. Simpson