**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

| | |
|---|---|
| BURRIS RICHARD STOVALL, Guardian of RICHARD JOSHUA STOVALL, Incapacitated Adult<br><br>        Plaintiffs<br><br>vs.<br><br>MACK TRUCKS, INC.;<br>INDIANA MILLS & MANUFACTURING, INC.;<br>DOES 1-10<br><br>        Defendants. | **Civil No.  4:16-cv-00713-JLH**<br><br>**DISTRICT JUDGE HOLMES**<br>**MAGISTRATE JUDGE VOLPE** |

### PLAINTIFF'S AMENDED SUPPLEMENTAL NOTICE OF DEPOSITION

Plaintiff, BURRIS RICHARD STOVALL, et al, submits the following Amended Supplemental Notice of Deposition pursuant to Arkansas law and the Federal Rules of Civil Procedure, stating:

To:    *ALL COUNSEL OF RECORD*

Plaintiffs will take the oral and videotaped deposition testimony of *Jim Chinni*, an employee (past or present) and representative (present or former) of Indiana Mills & Manufacturing, Inc.; on the dates and times indicated below.

The deposition will be taken pursuant to applicable law and will be subject to being used as evidence at trial. The deposition will begin at the times indicated, and will continue from working day to working day until completed.

The witness is commanded to produce the items listed below at the designated time and place. You are welcome to attend and cross-examine.

## DATE, TIME AND LOCATION OF THE WITNESSES

**LOCATION:**   Frost Brown Todd LLC
201 North Illinois Street, Suite 1900
Indianapolis, IN 46204-4236

**DATE:**   The deposition will be taken on **November 26, 2018**, and continuing from day to day until completed.

**TIME:**   Unless otherwise agreed to by the parties, the deposition  will begin at 12:00 p.m. EST and will continue one after another thereafter until completed.

## COURT REPORTER

The depositions will be stenographically recorded by a certified court reporter from the firm Esquire Solutions. Plaintiff also reserves the right to video the depositions as well.

## SUBPOENA DUCES TECUM

Pursuant to applicable Arkansas law, the Defendant/witness is commanded to gather and produce the following materials at the time and place of the taking of the deposition:

1.   A current and up to date curriculum vitae, and if no such document exists, produce Mr. Chinni's employment records that identify his training, work experience, education, and background both at IMMI and elsewhere.

2.   Mr. Chinni's file materials on this matter, including any notes, records, research, photos, videos, reports, emails, affidavits, draft affidavits, memos, documents or other materials that Mr. Chinni has seen, read, authored, collected, discussed or reviewed pertaining to this matter.

3.   All communications between Jim Chinni and any person that concerns this litigation matter, including any records or materials discussed with any person.

4.   If any information is withheld based on a claim of privilege, please produce a privilege log.

DATED this 18th day of October, 2018

Stovall v. Mack, et al
#4:16-CV-904-JLH
Notice of Deposition – Jim Chinni

RESPECTFULLY SUBMITTED,


/s/ C. Tab Turner
Tab Turner AR Bar 85158
**TURNER & ASSOCIATES, P.A.**
4705 Somers Ave, Suite 100
North Little Rock, AR, 72116
501-791-2277 – Phone
501-791-1251 – Fax
tab@tturner.com

and

Ray Baxter (Bar 78012)
***THE BAXTER LAW FIRM***
3115 Alcoa Road
Benton, AR 72015
501-315-2971 – Phone
501-712-2856 – Fax
raybaxterpa@gmail.com

*Attorneys for the Plaintiffs*

Stovall v. Mack, et al
#4:16-CV-904-JLH
Notice of Deposition – Jim Chinni

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was served on counsel listed below on this the 18th day of October, 2018.

James M. Simpson , Jr.
Martin A. Kasten
*Friday, Eldredge & Clark, LLP*
Regions Center
400 West Capitol Avenue
Suite 2000
Little Rock, AR 72201-3522
(501) 376-2011
mkasten@fridayfirm.com
simpson@fridayfirm.com

Randall R. Riggs
Matthew R. King
Jennifer L. Schuster
*FROST BROWN TODD, LLC*
201 North Illinois St. Suite 1900
P.O. Box 44961
Indianapolis, IN 46244
317-237-3800 – Phone
jschuster@fbtlaw.com
rriggs@fbtlaw.com
mking@fbtlaw.com
ATTORNEYS FOR IMMI

Charles K. Reed
Frank Brannen
*Lewis Brisbois Bisgaard & Smith LLP*
1180 Peachtree Street, NE, Suite 2900
Atlanta, GA 30309
404-348-8585
Fax: 404-467-8845
chuck.reed@lewisbrisbois.com
frank.brannen@lewisbrisbois.com

Stovall v. Mack, et al
#4:16-CV-904-JLH
Notice of Deposition – Jim Chinni

/s/ C. TAB TURNER
Tab Turner