## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

| | |
|---|---|
| BURRIS RICHARD STOVALL, Guardian of RICHARD JOSHUA STOVALL, Incapacitated Adult<br><br>      Plaintiffs<br><br>vs.<br><br>MACK TRUCKS, INC.;<br>INDIANA MILLS & MANUFACTURING, INC.;<br>DOES 1-10<br><br>      Defendants<br><br>TERRI HAYS<br>      Third Party | Civil No.  4:16-CV-00713-JLH<br><br>DISTRICT JUDGE HOLMES<br>MAGISTRATE JUDGE VOLPE |

## PLAINTIFF'S MEMORANDUM MOTION FOR ORDER TO APPEAR AND SHOW CAUSE

Plaintiff seeks to have this Court hold Terri Hays, a resident of Saline County, Arkansas, in contempt for her failure to obey a properly executed and served subpoena pursuant to Fed. R. Civ. P. 45(g). Specifically, Ms. Hays was originally served with a subpoena at her home address of 625 West Maple St, Benton, Arkansas 72015, on December 3, 2018 for a deposition at the Baxter Law Firm in Benton, Arkansas on January 18, 2019. See Exhibit A. She was subsequently

1

Stovall v. Mack, et al
Civ. # 4:16-CV-904-JLH
Plaintiff's Memorandum Motion for Order to Appear and Show Cause

served with an amended subpoena on December 7, 2018 but she refused to accept the subpoena from the process server. However, subsequently Ms. Hays deposited the witness fee check, but failed to attend the scheduled deposition. See Exhibit B. Plaintiff's counsel has subsequently attempted to reach out to Ms. Hays to try and reschedule the deposition at a time convenient to her, but such attempts have proved to be unsuccessful. Specifically, Ms. Hays tells Plaintiff's counsel that she is in Morroco and will let them know when she returns, but she has failed to give a specific date for her deposition.

Thus, Ms. Hays should be held in contempt pursuant to Fed. R. Civ. P. 45(g) for her willful disobedience of this Court's subpoena and she should be jailed until she fully cooperates in being deposed. Plaintiff also prays that this Court order Ms. Hays to pay a reasonable attorneys fee for causing the necessity of this instant motion.

At this juncture, all Plaintiff requests of Ms. Hays is that she provide a specific date for her deposition. If this occurs, Plaintiff will withdraw this instant motion.

WHEREFORE, Plaintiff prays that this Court issue an order for Ms. Hays to appear and show cause why she should not be held in contempt of this Court for willfully ignoring this Court's subpoena and for this Court to find Ms. Hays in contempt and order her jailed until she fully cooperates in giving deposition testimony in this matter.

RESPECTFULLY SUBMITTED,

    /s/ James R. Baxter
Tab Turner (Bar 85158)

2

Stovall v. Mack, et al
Civ. # 4:16-CV-904-JLH
Plaintiff's Memorandum Motion for Order to Appear and Show Cause

*TURNER & ASSOCIATES, P.A.*
4705 Somers Ave., Suite 100
North Little Rock, AR  72116
501 791 2277 – Phone
501 791 1251 – Facsimile
tab@tturner.com

Ray Baxter (Bar 78012)
James R. Baxter (Bar 2017191)
*THE BAXTER LAW FIRM*
3115 Alcoa Road
Benton, AR 72015
501-315-2971 – Phone
501-712-2856 – Fax
raybaxterpa@gmail.com
jrybaxter@gmail.com

COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading will be served on all counsel of record on this 28th day of January, 2019 via this Court's online CM/ECF filing system. A foregoing copy of the following will also be served via U.S. mail postage prepaid this 28th day of January, 2019 on the following:

Terri Hays
625 W. Maple St.
Benton, Arkansas 72015

_/s/ James R. Baxter
James R. Baxter

Stovall v. Mack, et al
Civ. # 4:16-CV-904-JLH
Plaintiff's Memorandum Motion for Order to Appear and Show Cause

# EXHIBIT A



**STATE OF ARKANSAS)**

**COUNTY, ARKANSAS)**

**Courts:**

Case Number: 4:16-CV-00713-JLH          Date: 11/5/18

Circuit_____ US District_____ ✔

Date Received: 11/5/18

District_____ Probate_____

Attorney/ Individual: J. Ray Baxter, Esq

Other: Eastern District of Arkansas

Plaintiff/Petitioner: Burris Richard Stovall, as Guardian or Richard

On this 3 day of December, 20 18, at 5:45, P M, I duly served the following:

**Documents:** Subpoena to Testify at a Deposition in a Civil Action; Witness check for $100.00

**Person to be Served:** Terri Hayes

**AT:** 625 West Maple St; Benton, AR 72015

By the following manner of Service: **POE:**_____ **Residence:** ✔

Other:_____

By delivering a true copy to:

✔ The person herein named as: _____Plaintiff _____Defendant _____Petitioner

Some person residing at the defendant's dwelling, house or usual place of abode who is at least 18 years of age namely_____

The duly designated agent for service of process for the defendant namely:_____

Left the documents in the proximity of the individual after he/she refused to receive it/them when offered.

Fee: $ 50.00

Process Server: Newell C. McManus

Subscribed and Sworn to before me this 4 day of December, 20 18

My commission expires: 7/11/28

Notary Public: Aubrey O. Witcher

AUBREY O. WITCHER
NOTARY PUBLIC
SALINE COUNTY, ARKANSAS

AO 88A  (Rev.  02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.  4:16-CV-00713-JLH

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*  **Terri Hayes**

on *(date)*  December 7, 2018

☒ I served the subpoena by delivering a copy to the named individual as follows:  **Terri Hayes**
**I offered Ms Hayes the subpoena at her front door and she then turned away and closed the door.**
**The documents were left affixed to her front door.**              on *(date)*  December 11, 2018 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ 100.00

My fees are $ _____ for travel and $ 50.00 for services, for a total of $ 50.00

I declare under penalty of perjury that this information is true.

Date:  **December 11, 2018**

*Server's signature*

**Newell C.  McManus; Authorized Process Server**

*Printed name and title*

**500 North Market St; Benton, AR 72015**

*Server's address*

Additional information regarding attempted service, etc.:

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Arkansas

| | |
|---|---|
| Burris Richard Stovall, as Guardian of Richard | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   4:16-CV-007-13-JLH |
| Mack Trucks, Inc. and Indiana Mills and Manufacturing, Inc. | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:             Terri Hayes

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Baxter Law Firm PLLC 3115 Alcoa Road Benton, AR 72015 | Date and Time: January 18th, at 3:00 P.M. |
|---|---|

The deposition will be recorded by this method:    Court Reporter

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   12/07/2018

          *CLERK OF COURT*         OR

_____      _____
*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Burris Stovall
_____ , who issues or requests this subpoena, are:

The Baxter Law Firm PLLC, 3115 Alcoa Road, Benton, AR 72015   raybaxterpa@gmail.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# EXHIBIT B

# ORAL DEPOSITION OF

# TERRI HAYES

### [Friday, January 18, 2019]

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF ARKANSAS

### LITTLE ROCK DIVISION

BURRIS RICHARD STOVALL, GUARDIAN OF

RICHARD JOSHUA STOVALL,

INCAPACTIATED ADULT                                        PLAINTIFFS


V.                      NO. 4:16-CV-00713-JLH


MACK TRUCKS, INC;

VOLVO GROUP NORTH AMERICA, LLC;

INDIANA MILLS & MANUFACTURING, INC.

DOES 1-10                                                  DEFENDANTS

**MOLLY SANDERS, CCR**
Natural State Court Reporting
68 Vigne Boulevard
Little Rock, Arkansas 72223
(501) 850-5199

**APPEARANCES:**


**BOBBY D. MCCALLISTER**
      BAXTER LAW FIRM
      Attorneys at Law
      3115 Alcoa Road
      Benton, Arkansas 72015


                          *  *  *

**JAMES M. SIMPSON**
      FRIDAY, ELDREDGE & CLARK LLP
      Attorneys at Law
      400 West Capitol Avenue
      Suite 2000
      Little Rock, Arkansas 72201


                          *  *  *

**FRANK BRANNEN**
      LEWIS BRISBOIS
      Attorneys at Law
      1180 Peachtree Street NE
      Suite 2900
      Atlanta, Georgia 30309

        THE ORAL DEPOSITION OF TERRI HAYES,
scheduled to be taken on the 18th day of January,
2019, before Molly Sanders, Arkansas Supreme
Court Certified Court Reporter #731, beginning
at 3:00 p.m., at the offices of the Baxter Law
Firm, 3115 Alcoa Road, Benton, Arkansas, 72201.



                  *  *  *  *  *  *  *  *  *

4

## CERTIFICATE OF NON-ATTENDANCE

STATE OF ARKANSAS   )
                    )  ss:
COUNTY OF PULASKI   )


I, Molly Sanders, Certified Court Reporter in and for the State of Arkansas, do hereby certify as follows:

That at 3:00 p.m. on January 18, 2019, the oral deposition of TERRI HAYES, was scheduled to be taken at the Baxter Law Firm;

And that I appeared on the date and time specified in the letter notice, along with Bobby McCallister, Esq., James Simpson, Esq., and Frank Brannen, Esq., at which time the said TERRI HAYES failed to appear for the deposition.

WITNESS MY OFFICIAL HAND AND SEAL this 23rd day of January, 2019.


                              _____
                              Molly Sanders, CCR
                              #731