# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| BURRIS RICHARD STOVALL, as Guardian of RICHARD JOSHUA STOVALL, an Incapacitated Adult,<br><br>    Plaintiff,<br><br> v.<br><br>MACK TRUCKS, INC.; INDIANA MILLS & MANUFACTURING, INC.; JOHN DOES 1-10,<br><br>    Defendants.<br><br>MUNICIPAL LEAGUE WORKERS' COMPENSATION TRUST,<br><br>    Intervenor. | Case No. 4:16-cv-00713-JLH |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Matthew R. King, of the law firm of Frost Brown Todd LLC, moves the Court for leave to withdraw his appearance previously entered on behalf of Defendant Indiana Mills & Manufacturing, Inc. in the above-captioned cause of action. Defendant Indiana Mills & Manufacturing, Inc. will continue to be represented by Blake N. Shelby and Jessica Williams Schnelker, of the law firm of Frost Brown Todd, LLC, and James M. Simpson, and Martin A. Kasten of the law firm Friday, Eldredge & Clark. Pursuant to Local Rule 83.6(f), Mr. King has provided reasonable notice to Defendant Indiana Mills & Manufacturing, Inc. of his intent to withdraw and is providing reasonable notice to opposing counsel.

                Respectfully submitted,

                */s/ Matthew R. King*

        Matthew R. King
        Blake N. Shelby
        Jessica Williams Schnelker
        FROST BROWN TODD LLC
        201 North Illinois Street, Suite 1900
        P.O. Box 44961
        Indianapolis, IN  46244-0961
        P: 317-237-3800
        F: 317-237-3900
        mking@fbtlaw.com
        bshelby@fbtlaw.com
        jschnnelkr@fbtlaw.com

        And

        /s/ James M. Simpson
        James M. Simpson, #77125
        Martin A. Kasten, #99100
        FRIDAY, ELDREDGE & CLARK
        400 West Capitol Avenue, Suite 2000
        Little Rock, AR  72201-3522
        P: 501-376-2011
        F: 501-376-2147
        simpson@fridayfirm.com
        mkasten@fridayfirm.com

        *Attorneys for Indiana Mills &*
        *Manufacturing, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 22nd day of April, 2019, a copy of the foregoing was served upon the following parties via the Court's electronic service system:

| | |
|---|---|
| J. Ray Baxter | Clyde Tab Turner |
| James R. Baxter | Jerry M. White |
| The Baxter Law Firm | Damon C. Singleton |
| 3115 Alcoa Road | Turner & Associates, P.A. |
| Benton, AR  72015 | 4705 Somers Ave., Suite 100 |
| ray.baxterpa@gmail.com | North Little Rock, AR 72116 |
| jrybaxter@gmail.com | tab@turner.com |
| | jerry@turner.com |
| *Attorneys for Plaintiff* | damon@turner.com |

|  |  |
|---|---|
|  | *Attorneys for Plaintiff* |
| Edwin L. Lowther, Jr.<br>WRIGHT, LINDSEY & JENNINGS, LLP<br>200 W. Capitol Ave., Suite 2300<br>Little Rock, AR  72201<br>elowther@wlj.com | Melissa Wood<br>Worley, Wood & Parrish, P.A.<br>1318 S. Main Street, Ste. 200<br>Little Rock, AR 72202 |
|  | *Attorney for Intervenor Municipal League Workers' Compensation Trust* |
| Charles K. Reed (*pro hac vice*)<br>Franklin P. Brannen, Jr. (*pro hac vice*)<br>Lewis Brisbois Bisgaard & Smith LLP<br>1180 Peachtree St., NE, Suite 2900<br>Atlanta, GA  30309 |  |
| *Attorneys for Mack Trucks, Inc.* |  |
|  | */s/ James M. Simpson*<br>James M. Simpson |

FEC\43449\0001\6995305.v1-4/22/19