**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

BURRIS RICHARD STOVALL, as Guardian                                                                PLAINTIFF
of Richard Joshua Stovall, an Incapacitated Adult

v.                                         NO. 4:16CV00713 JLH

MACK TRUCKS, INC.; INDIANA MILLS
& MANUFACTURING, INC.;
and JOHN DOES 1-10                                                                                       DEFENDANTS

## ORDER

Matthew R. King's motion to withdraw as counsel for separate defendant Indiana Mills & Manufacturing, Inc., is GRANTED.  Document #171.

IT IS SO ORDERED this 22nd day of April, 2019.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE