IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BURRISS RICHARD STOVALL, Guardian
of RICHARD JOSHUA STOVALL,
Incapacitated Adult                                                                                         PLAINTIFF

vs.                                          No. 4:16-cv-713-JM

MACK TRUCKS, INC.; INDIANA MILLS
& MANUFACTURING, INC.;
DOES                                                                                                         DEFENDANT

## ORDER

Pending before the Court is Plaintiff's motion for order requiring production of confidential test materials in the possession, custody, or control of Indiana Mills & Manufacturing, Inc. ("IMMI"). (Doc. No. 181). The parties agree that the discovery sought by Plaintiff is relevant, but there is an issue in that the material was created with third-parties, Pierce Manufacturing, Inc. ("Pierce") and Volvo Trucks North America ("Volvo"), under contracts that require IMMI to maintain confidentiality over the requested information.

After consideration of the motion and Pierce's objection, the Court orders that IMMI produce the requested confidential information. The information shall be subject to the protective order entered on October 16, 2017. (Doc. No. 59).

IT IS SO ORDERED this 25th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE