# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| BURRIS RICHARD STOVALL, Administrator of the Estate of RICHARD JOSHUA STOVALL, Deceased<br><br>　　　Plaintiffs<br><br>vs.<br><br>MACK TRUCKS, INC.;<br>INDIANA MILLS & MANUFACTURING, INC.;<br><br>　　　Defendants. | **Civil No.  4:16-cv-00713-JLH** |

## ORDER

Pending before the Court is a Joint Motion for New Scheduling Order. Having considered the circumstances, the Court **GRANTS** the motion.

The parties are directed to submit a proposed alternative scheduling order within ten (10) days of the date of this Order.

*IT IS SO ORDERED AND ADJUDGED*

DATED this ___ day of July, 2020.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

1