UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| BURRIS RICHARD STOVALL, Administrator of the Estate of RICHARD JOSHUA STOVALL, Deceased<br><br>Plaintiffs<br><br>vs.<br><br>MACK TRUCKS, INC.;<br>INDIANA MILLS & MANUFACTURING, INC.<br><br>Defendants. | Civil No. 4:16-cv-00713-JLH |

**UNOPPOSED MOTION FOR NEW SCHEDULING ORDER**

1.  This is a products liability, negligence, breach of warranty and Deceptive Trade Practices claim that arises out of a heavy truck accident that occurred on June 1, 2015 near Hot Spring, Arkansas. Under the existing schedule, the case is scheduled for trial on August 9, 2021.

2.  Due to the Covid-19 virus, the parties have been unable to complete discovery and will not be able complete expert-related work and discovery due to travel restrictions, quarantines, lock-downs, and stay-home orders in place across the country, all of which have compromised the expert witnesses' ability to travel for inspections and to conduct necessary testing and analysis. As a consequence, the present schedule is simply impossible to meet, especially the expert-related work and discovery that was needed in 2020, all of which is essential to meeting the deadlines. The referenced activities are not the type activities that can be

conducted by phone or Zoom.

3. The parties have communicated and agree that the schedule needs to be revised, including changing the trial date. Given the current state of the pandemic, the parties hope that a 4 to 6-month extension will suffice. That assumes of course that the global crisis surrounding the virus improves so that parties, attorneys and witnesses can again be free to travel and conduct necessary trial preparations.

4. Given the number of parties, out-of-state counsel, and out-of-state witnesses involved, and given the fact that virtually the entire 2020 docket for all counsel has been shifted to 2021 and 2022, the parties would respectfully suggest that a brief phone conference to discuss a workable trial date in late 2021 or early 2022 would be preferred.

5. The parties confirm that the request is <u>not</u> for purposes of delay, but to address legitimate obstacles that prevent, and have prevented, appropriate trial preparation during 2020, which in turn compromises the ability to meet the present schedule and trial date.

DATED this 7th day of December, 2020.

**APPROVED AS TO FORM AND CONTENT**:

/s/ Frank Brannen
Frank Brannen
Counsel for Defendant MACK TRUCKS

/s/ Blake Shelby
Blake Shelby
Counsel for Defendant IMMI

conducted by phone or Zoom.

3. The parties have communicated and agree that the schedule needs to be revised, including changing the trial date. Given the current state of the pandemic, the parties hope that a 4 to 6-month extension will suffice. That assumes of course that the global crisis surrounding the virus improves so that parties, attorneys and witnesses can again be free to travel and conduct necessary trial preparations.

4. Given the number of parties, out-of-state counsel, and out-of-state witnesses involved, and given the fact that virtually the entire 2020 docket for all counsel has been shifted to 2021 and 2022, the parties would respectfully suggest that a brief phone conference to discuss a workable trial date in late 2021 or early 2022 would be preferred.

5. The parties confirm that the request is <u>not</u> for purposes of delay, but to address legitimate obstacles that prevent, and have prevented, appropriate trial preparation during 2020, which in turn compromises the ability to meet the present schedule and trial date.

DATED this 7th day of December, 2020.

**APPROVED AS TO FORM AND CONTENT**:

/s/ Frank Brannen
Frank Brannen
Counsel for Defendant MACK TRUCKS

/s/ Blake Shelby
Blake Shelby
Counsel for Defendant IMMI

RESPECTFULLY SUBMITTED,

Tab Turner AR Bar 85158
**TURNER & ASSOCIATES, P.A.**
4705 Somers Ave, Suite 100
North Little Rock, AR, 72116
501-791-2277 – Phone
501-791-1251 – Fax
tab@tturner.com

and

Ray Baxter (Bar 78012)
James R. Baxter (Bar 2017191)
***THE BAXTER LAW FIRM, PLLC***
3115 Alcoa Road
Benton, AR 72015
501-315-2971 – Phone
501-712-2856 – Fax
raybaxterpa@gmail.com

*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was served on counsel of record as required by law on this the 7th day of December, 2020.

/s/ C. TAB TURNER
COUNSEL FOR PLAINTIFF

3