UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| BURRIS RICHARD STOVALL, Administrator of the Estate of RICHARD JOSHUA STOVALL, Deceased<br><br>vs.<br><br>MACK TRUCKS, INC.; INDIANA MILLS & MANUFACTURING, INC. | PLAINTIFF<br><br><br>Civil No. 4:16-cv-00713 – JM<br><br><br><br>DEFENDANTS |

### ORDER OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S CLAIMS AGAINST INDIANA MILLS & MANUFACTURING, INC.

It is represented by the parties that the claims of Burris Richard Stovall, Administrator of the Estate of Richard Joshua Stovall, Deceased, against Indiana Mills & Manufacturing, Inc. have been compromised, settled, approved under seal by the Circuit Court of Garland County Probate Division, *Case No. 26PR-20-221*, and should be dismissed with prejudice.

IT IS, THEREFORE, CONSIDERED, ORDERED AND ADJUDGED that the claims of Burris Richard Stovall, Administrator of the Estate of Richard Joshua Stovall, Deceased, against only Indiana Mills & Manufacturing, Inc. are hereby dismissed with prejudice. Plaintiff's claims against all other defendants shall continue.

IT IS SO ORDERED this 10th day of January, 2022.

_____
HONORABLE JAMES M. MOODY
United States District Court Judge

APPROVED AS TO FORM:


/s/ C. TAB TURNER
C. Tab Turner, attorney for Plaintiff


/s/ Blake Shelby
Blake N. Shelby, attorney for Defendant,
Indiana Mills & Manufacturing, Inc.