IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BURRISS RICHARD STOVALL, Guardian
of RICHARD JOSHUA STOVALL,
Incapacitated Adult                                                                                    PLAINTIFF

vs.                                            No. 4:16-cv-713-JM

MACK TRUCKS, INC., *et al.*                                                                 DEFENDANTS

## ORDER

The Court held a telephone conference on January 13, 2022 at which arguments were heard on several motions.

Plaintiff's Motion to Compel, Motion for Assistance with Discovery and Motion for Sanctions (Doc. No. 230) is GRANTED to the extent stated on the record.

Plaintiff's Motion to Compel Production by Mack Trucks, Inc. of Records from Parent and Subsidiaries (Doc. No. 237) is DENIED for the reasons stated on the record.

Mack Truck's Motion to Take the Deposition of Meghan Tadlock (Doc. No. 254) is GRANTED.

Plaintiff's Unopposed Motion for Extension of Time to Complete Discovery and Extend Time (Doc. No. 263) is GRANTED.  Plaintiff is given until January 28, 2022 to respond to Mack Truck's Motion to Exclude Testimony of Sri Kumar (Doc. No. 255) and Mack Truck's Motion for Summary Judgment (Doc. No. 256).

IT IS SO ORDERED this 14th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE