

4705 Somers Avenue, Suite 100
North Little Rock, AR 72116
501-791-2277

**TURNER & ASSOCIATES, P.A.**
Attorneys at Law

**Tab Turner**
tab@tturner.com

March 1, 2022

**VIA ELECTRONIC MAIL**

Honorable James M. Moody, Jr.
**UNITED STATES DISTRICT JUDGE**
500 West Capitol Avenue
Little Rock, AR 72201

      Re:    **Stovall v. Mack Trucks, Inc.**
                Case # 4:16-CV-00713

Dear Judge Moody:

    We represent the Plaintiff in above-referenced litigation. The purpose of this letter is to provide a short status report on recent events. We will not repeat the history as most recently set forth in the pending supplemental motion to compel (ECF Doc. 275). That history is well-documented now.

    In summary, since the Court-ordered discovery that emanated from the hearing on January 13, 2022, the only events that have occurred are (a) Mack completed the deposition of the ex-wife in prison; (b) the Plaintiff filed the supplemental motion to compel on February 3; and (c) Mack advised counsel last week that Mr. Wickline, the witness we had requested for deposition months ago, and who had been ordered to be produced for deposition since September 2, 2021, and for whom we were still waiting on a date, has now suddenly died.

    The remainder of the items the Court ordered have still not been produced nor depositions taken nor has any status update been provided as to the production. As of today, March 1, Mack has now provided a proposed deposition date that has been

**SAN DIEGO OFFICE**
1001 B Avenue, Suite 308
Coronado, CA 92118
619-537-0007

**SCOTTSDALE OFFICE**
7420 E. Pinnacle Peak Road
Scottsdale, AZ 85255
480-419-4011

accepted for the still unnamed representative of the Product Committee. The date offered and accepted was March 25.

Following word of Mr. Wickline's death, counsel for the Plaintiff communicated with counsel for Mack regarding suitable options to try and remedy the loss of Mr. Wickline but have not yet received a response from Mack.

We will keep the Court apprised.
.

      Respectfully,

*C. Tab Turner*
Tab Turner
COUNSEL FOR PLAINTIFF


cc.	All Counsel

**SAN DIEGO OFFICE**  
1001 B Avenue, Suite 308  
Coronado, CA 92118  
619-537-0007

**SCOTTSDALE OFFICE**  
7420 E. Pinnacle Peak Road  
Scottsdale, AZ 85255  
480-419-4011