**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | |
|---|---|
| BURRIS RICHARD STOVALL, Administrator of the Estate of RICHARD JOSHUA STOVALL, Deceased<br><br>          Plaintiffs<br><br>vs.<br><br>MACK TRUCKS, INC.; INDIANA MILLS & MANUFACTURING, INC.<br><br>          Defendants | **Civil No.  4:16-cv-00713 - JMM** |

## PLAINTIFF'S RESPONSE TO MACK TRUCK'S NOTICE OF LATE FILING

Comes now the Plaintiff and submits this Response to Notice of Late Filing:

1.      The Plaintiff verifies that counsel for Mack timely advised of the ECP problems encountered and did in fact serve the papers on counsel in a timely fashion.

Dated this 14th day of March, 2022.

RESPECTFULLY SUBMITTED,

/s/ Tab Turner
Tab Turner (Bar 85158)
**TURNER & ASSOCIATES, P.A.**
4705 Somers Ave., Suite 100
North Little Rock, AR  72116
501 791 2277 – Phone
501 791 1251 – Facsimile
tab@tturner.com

Ray Baxter (Bar 78012)
James R. Baxter (Bar 2017191)
**THE BAXTER LAW FIRM**
3115 Alcoa Road
Benton, AR 72015
501-315-2971 – Phone
501-712-2856 – Fax
james.baxter@baxterlawpll.com

COUNSEL FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading will be served on all counsel of record on this 14th day of March, 2022 via this Court's online CM/ECF filing system.

/s/Tab Turner
Tab Turner