IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BURRIS RICHARD STOVALL**, Administrator of                                    **PLAINTIFF**
The Estate of **RICHARD JOSHUA STOVALL**, Deceased

v.                                   NO. 4:16-cv-00713-JM

**MACK TRUCKS, INC.**                                                           **DEFENDANT**

## ORDER

The Court has been advised that the parties have reached an agreement in this case. The jury trial scheduled for November 7, 2022, is canceled and this case is removed from the trial docket. All pending motions are denied as moot in light of the settlement.

IT IS SO ORDERED this 4th day of November, 2022.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE