IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BURRIS RICHARD STOVALL,　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
Administrator of the Estate of
RICHARD JOSHUA STOVALL, Deceased

vs.　　　　　　　　　　　　　　No. 4:16-cv-713-JM

MACK TRUCKS, INC., *et al.*　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

### ORDER

The parties have settled the pending claims, and this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of February, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE